UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )        Case No.19bk10984
        ANTHONY SHADD                               )
                                                    )        Chapter 7
                Debtor.                             )
                                                    )        Honorable Timothy A. Barnes
_____).

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO PHILLIP D. LEVEY, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR
ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 6,457.50 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 199.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 6,258.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $6,258.00

The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $199.50

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: September 13, 2021

                                                    _____
                                                    Timothy A. Barnes
                                                    United States Bankruptcy Judge

Law Office of Phillip D. Levey

## EXHIBIT A

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Fee/Employment Applications** | | | |
| 2/22/2021 | Preparation and filing of Trustee's Application to Employ Counsel and Order re same. | 0.70 | 367.50 |
| | Preparation and filing of Trustee's Application to Employ Special Counsel and Order re same. | 1.20 | 630.00 |
| 3/1/2021 | Court re Trustee's Application to Employ Counsel and Trustee's Application to Employ Special Counsel. | 0.50 | 262.50 |
| 6/29/2021 | Preparation of Trustee's Counsel's Application for Compensation and Order re same. | 0.90 | 472.50 |
| | Court re Trustee's Counsel's Application for Compensation. (Estimated) | 0.30 | 157.50 |
| | SUBTOTAL: | [    3.60 | 1,890.00] |
| **Litigation** | | | |
| 4/19/2021 | Preparation and filing of Trustee's Motion for Authority to Settle Personal Injury Claim, Pay Lien Claims and Pay Special Counsel Fees and Costs and order re same.  (1) Lumping reduced 10% | 3.80 | 1,995.00 |
| 5/10/2021 | Court re Trustee's Rule 9019 Motion to Settle Personal Injury Action. | 0.40 | 210.00 |
| 5/11/2021 | E-mails from (.3) and to (.4) attorney Jonathan Treshansky re alleged additional Federal government lien review of settlement proceeds. | 0.70 | 367.50 |
| | Legal research re statutory basis for alleged additional Federal government lien as to settlement proceeds and amount thereof. | 1.00 | 525.00 |
| | Teleconference with attorney Jonathan Treshahnsky re additional medical care provider lien re proceeds from settlelment of personal injury action. | 0.40 | 210.00 |
| 5/14/2021 | Legal research re lien rights of U.S. Department of Labor and U.S. Post Office, as Anthony Shadd's employer, re recovery from third party tort feasor. | 1.10 | 577.50 |
| 5/24/2021 | Preparation and filing of Trustee's Motion to Amend Order re Trustee's Rule 9019 Motion for Authority to Settle Personal Injury Claim, Pay Liens Claims and ay SPecial Counsel Fees and Costs. | 1.30 | 682.50 |

Page 2

| | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [ 8.70 | 4,567.50] |
| For professional services rendered | 12.30 | $6,457.50 |
| Balance due | | $6,457.50 |